

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

William Lee Jackson, Jr.,      * From the 161st District Court
of Ector County,
Trial Court No. B-23-05-466-CV.

Vs. No. 11-25-00174-CV     * August 7, 2025

Clayton Bryan Stauffer and     * Memorandum Opinion by Trotter, J.
Black Label Services, Incorporated,     (Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered William Lee Jackson, Jr.'s unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, we grant William Lee Jackson, Jr.'s motion and dismiss his petition for permissive appeal. We dismiss his motion to extend time to file his petition as moot. The costs incurred by reason of this appeal are taxed against William Lee Jackson, Jr.